UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Hope Kye,<br><br>    Plaintiff,<br><br>v.<br><br>Community Options, Inc.,<br><br>    Defendant. | Case No. 22-06676 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)**

Plaintiff, Hope Kye, by and through her undersigned counsel, hereby voluntarily dismisses the above captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully Submitted,

Jonathan W. Chase, Esq.
**Law Office of Jonathan W. Chase**
1515 Market Street
Suite 1200
Philadelphia, PA 19102
(215) 967-1544
(215) 967-1108 (Fax)
jwc@lawjwc.com

APPROVED BY THE COURT

_____
                                                                J.